IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| WALLACE & DONNA TUCH, | ) | |
| | ) | CASE NO. BK05-42808 |
| Debtor(s). | ) | |
| UNITED STATES OF AMERICA, | ) | A05-4058 |
| | ) | |
| Plaintiff, | ) | 8:05CV123 |
| | ) | |
| vs. | ) | CH. 13 |
| | ) | |
| WALLACE & DONNA TUCH; | ) | |
| COMMERCIAL FEDERAL SAVINGS & | ) | |
| LOAN ASSOCIATION; and CREDIT | ) | |
| BUREAU SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

REPORT & RECOMMENDATION

This matter is before the court on the United States' motion to withdraw the reference and return the case to district court (Fil. #3).

I hereby respectfully recommend to the United States District Court for the District of Nebraska that it withdraw the reference of this case. The bankruptcy case has been dismissed, so the parties may proceed with their litigation in district court.

The Clerk of the Bankruptcy Court shall process this recommendation pursuant to the local court rules.

DATED:   September 6, 2005

RESPECTFULLY SUBMITTED:

/s/ Timothy J. Mahoney
Chief Judge

Notice given by the Court to:
    *Laurie Barrett
    Richard L. Johnson
    U.S. Trustee