IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NO. BK05-42808 |
| WALLACE & DONNA TUCH, ) | |
| ) | A05-4058 |
| Debtor(s). ) | CH. 13 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV123 |
| v. ) | |
| ) | |
| WALLACE J. TUCH, DONNA F. TUCH, ) | |
| COMMERCIAL FEDERAL SAVINGS ) | ORDER |
| AND LOAN, and CREDIT BUREAU ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 16. There are no objections to the Report and Recommendation pursuant to NEGenR 1.5(b)(2).

The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and Recommendation should be adopted in its entirety.

IT IS ORDERED:

1. The Report and Recommendation of U.S. Bankruptcy Court Judge Timothy J. Mahoney, Filing No. 16, is adopted in its entirety;
2. The referral of this case to Bankruptcy Court for the District of Nebraska is withdrawn; and
3. This case is referred to Magistrate Judge Thomas Thalken for further progression of the matter.

DATED this 27th day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge