IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CV123 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WALLACE J. TUCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is plaintiff's Motion for Default Judgment, Filing No. 19, along with a supporting Index, Filing No. 20.

IT IS ORDERED that hearing on the above motion is scheduled before the undersigned on **November 1, 2005, at 8:30 a.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

The Clerk's Office is directed to mail a copy of this order to Wallace J. Tuch and Donna F. Tuch at their last known addresses of record.

DATED this 4th day of October, 2005.

BY THE COURT:

**s/Joseph F. Bataillon**
United States District Judge