**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         ) | |
| ) | |
| **Plaintiff,**         ) | |
| ) | **8:05CV123** |
| vs.         ) | |
| ) | **ORDER TO SHOW CAUSE** |
| **WALLACE J. TUCH, et al.,**         ) | |
| ) | |
| **Defendant.**         ) | |
| ) | |

      The records of the court show that on February 15, 2006, and November 27, 2007, letters (Filings Nos. 28 & 32 ) were sent to

**Douglas D. DeLair**
**DELAIR, DELAIR LAW FIRM**
**1500 South 70th Street, Suite 101**
**Lincoln, NE 68506-1574**

from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System"), and pay the 2007 attorney annual assessment fee, as required by NEGenR 1.7(h).

      As of the close of business on January 7, 2008, Mr. DeLair has not complied with the request set forth in the letter from the Office of the Clerk.

      **IT IS ORDERED** that, on or before **January 22, 2008,** attorney DeLair shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

      DATED this 8th day of January, 2008.

                                     BY THE COURT:

                                     s/Thomas D. Thalken
                                     United States Magistrate Judge