IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV123 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WALLACE J. TUCH, DONNA F. TUCH, COMMERCIAL FEDERAL SAVINGS AND LOAN, and CREDIT BUREAU SERVICES, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the satisfaction of judgment entered herein, Filing No. 38, the court hereby dismisses this case.

DATED this 27th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge